## AFFIDAVIT

I, Bryan J. Allen, a Task Force Officer with the Federal Bureau of Investigation (FBI), Cleveland Division, being duly sworn, depose and state as follows:

1.      I have been employed as a Canton Police Officer for approximately twenty three years, and am currently assigned to the Cleveland Division, Canton Resident Agency's Child Exploitation Task Force. While employed by the Canton Police Department and assigned to the FBI, I have assisted in the investigation of federal criminal violations related to Violent Crimes and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI's Innocent Images National Initiative training center and everyday work related to conducting these types of investigations.

2.      As a task force officer having received a Special Deputization from the United States Marshal's Office, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3.      I am investigating the online activities of Nathan Benedum II.  As will be shown below, there is probable cause to believe that Benedum II has engaged in activity constituting a violation of Title 18 U.S.C. Section 2422(b) in that he knowingly used a facility and means of interstate commerce to attempt to persuade, induce and entice a minor to engage in sexual activity for which Benedum II could be charged with a criminal offense. I am submitting this affidavit in support of an arrest warrant authorizing the arrest of Nathan Benedum II of Erie Street South in Massillon, Ohio.

4.      On April 10, 2019 affiant  initiated an investigation involving Benedum II and his use of the internet.

5.      Affiant posted a profile on the mobile application known as meetme. The profile data is for a male subject identified as "Ron Jenkins". The profile also contains an image of a female with blonde hair.

6.	On April 10, 2019 Benedum II responded to the profile by stating "Hello sexy". Affiant responded "This her uncle not her. You realize that? Not that it's bad but lettin you know. She's 13 but if you're interested we can chat".

7.	The following conversation then took place on April 10, 2019 between "Ron Jenkins" and Nathan Benedum II:

> NB: Ok let's do this
>
> NB: You have the the way to find me
>
> RJ: What do you want to do
>
> NB: Anything
>
> RJ: You been with a girl her age before
>
> NB: Yes let me have her
>
> RJ: Easy dude we just started chatting lol
>
> NB: Ok
>
> RJ: I don' want her hurt
>
> NB: She is safe with me
>
> RJ: Tell me what u want with her
>
> RJ: I'm looking for someone who shares my mutual interests
>
> RJ: You active with anyone others
>
> NB: Sounds good to me show me
>
> RJ: What do u want to see
>
> RJ: You didn't answer my question
>
> NB: Yes please
>
> RJ: Yes what?
>
> NB: You top or bottom
>
> RJ: I'm not either. You want her or me? I'm not into dudes
>
> NB: So how do we do this

> RJ: I've had her. I was thinking about sharing if that's what you want
>
> NB: Yes please
>
> RJ: I have to find a time to get her from my sister she's my niece
>
> RJ: She's gonna want to know what you want from her
>
> NB: Her hot tight little pussy
>
> RJ: What you gonna do to it
>
> NB: Lick and suck on it
>
> RJ: You ever bee with someone her age before
>
> NB: Yes I have
>
> NB: Do you have photos of her
>
> RJ: I don't like to put her our there like that shit comes back to haunt you that way
>
> RJ: You got you're willing to share?
>
> RJ: Maybe someone not connected to you
>
> NB: (sent two images of a clothed adult female)
>
> RJ: That's a little older then we're talkin
>
> NB: Please show me her pussy photos
>
> RJ: I'm offering you the real thing. You ain't offered nothing
>
> RJ: You surely have something better to offer
>
> NB: Fuck it
>
> RJ: What do you mean
>
> RJ: You don't want to meet?
>
> NB: (sent an image of a penis)
>
> RJ: That what you're gonna fuck her with

8. On April 11, 2019 the following conversation took place between "Ron Jenkins" and Nathan Benedum II:

NB: Yes

RJ: You in Massillon?

NB: Yes I am

NB: I would really like to see her naked photos

RJ: I'd like to see some photos too. I'm offering you the real thing and haven't got anything in return

NB: What do you want

RJ: You got any of other kids you been with?

NB: No

RJ: No pics at all?

NB: Not on my phone

NB: How can I reach her

RJ: You can't reach her. Contact goes thru me

NB: Ok do how we do this

RJ: I gotta find a time I can get from my sister

NB: Ok thanks let me know

RJ: Will do

NB: Can we do her together

RJ: Never done it but we can try

RJ: When you free?

NB: Tomorrow night

RJ: Don' think I'm gonna be able to get her this weekend unless my sister happens to go on a crack binge

RJ: Anytime next week?

NB: Yes wed or Thursday

RJ: Ok. Let me try and figure it out

NB: Ok thanks

RJ: I talked to Bree and she up for meeting you. She said she

        may want to chat with you first. You good with that?

NB: Yes I am

RJ: Ok. I'll let you know

NB: Thanks

NB: N8bdum@gmail.com

RJ: That email a joke or for real

NB: Real

9.      On April 13, 2019 the following conversation took place between "Ron Jenkins" and Nathan Benedum II:

        RJ: What's up

        NB: Not much just getting ready for work

        RJ: Ok. I was gonna have Bree chat with you but it can wait. Hit me up when your off

        NB: At 1030pm

        RJ: That's cool

        RJ: Sucks working Saturday

        NB: And Sunday

        RJ: What do you do

        NB: Auto parts sales manager

        RJ: Drywall

        NB: Ok

        RJ: Maybe hit me up on break or something if you have time

        NB: You can give Bree my email address

        RJ: Ok

        NB: Thanks

        RJ: I'll get her to email you since she doesn't have a phone

        NB: She must be the only person on the planet that don't have a

        phone

RJ: Her moms a crackhead and doesn't care and I can't really afford it

RJ: I'm sure she'd love to have one

NB: Ok sad you could get her a pre paid phone

NB: Straight talk or tracfone

RJ: Maybe you could surprise her with one when we all meet

NB: That might be

RJ: She'd love you forever

NB: Let me talk to her

10. On April 11, 2019 the following conversation took place between "Bree" and Nathan Benedum II:

Bree: Hi it's Bree

NB: Hello how are you

Bree: Ok

Bree: You

NB: Nice to see good

Bree: Uncle ron says you want to meet

NB: Yes that would be very nice

Bree: You don't care I'm 13?

Bree: How old are you?

NB: That's fine

Bree: How old are you

NB: I'm 53 looking for someone young

Bree: K I like older guys

NB: Good

Bree: When are we gonna meet

NB: Where do live

NB: Maybe Wednesday

Bree: Canton

NB: Ok what part of Canton

Bree: By dueber school

Bree: What do you want to do with me

NB: Ok I know the area

NB: I would like to have sexual pleasures with you

Bree: Ohhhh hehe

Bree: That sounds fun

NB: Kiss your pretty little pussy

Bree: That will tickle hehe

Bree: Are you gonna get me a phone?

NB: And lick it to

Bree: That all?

NB: I might do that for you

NB: And suck on your pussy before I fuck you

Bree: Sounds like a lot of fun

NB: Yes I think it will be

NB: How many men have you been with

Bree: Just a couple

NB: Ok beautiful

Bree: I won't get pregnant will I

NB: I have condoms

Bree: Ok. No babies hehe

NB: Right

Bree: A phone would be so nice

NB: Yes then we could talk one on one

>Bree: But I don't have one (crying face emoji)
>
>NB: You have my email address
>
>NB: I have to leave for work
>
>Bree: K. I'll email you later
>
>Bree: One more thing
>
>Bree: What do you want me to do to you?
>
>NB: Anything you want
>
>Bree: Has to be something you like (smiley face emoji)
>
>NB: A nice blow job
>
>Bree: Is it big
>
>NB: Not at all
>
>NB: (send two pictures of a penis)
>
>Bree: Oh my hehe
>
>NB: Wish I could see your pussy
>
>Bree: That will be my surprise for you
>
>NB: Ok beautiful

11. On April 13, 2019 "Ron Jenkins" sent to the following message to Nathan Benedum II, "It's Ron. I think she emailed you"

12. On April 13, 2019 the following conversation took place between "Bree" and Nathan Benedum II via email:

>Bree: Hi. It's Bree
>
>NB: Hello beautiful thanks
>
>Bree: Are you still working?
>
>NB: Yes until 915p.m..
>
>Bree: Oh. This is the best way to talk to me if u don't want to go through uncle ron
>
>Bree: Have you ever been with a girl my age?

NB: That's very good

Bree: Have you ever been with a girl my age or is this gonna be your first time?

NB: My first

NB: Do you have any photos I could get

Bree: I thought uncle Ron said you were

NB: She was 15

Bree: You still see her?

Bree: (sent face image of blonde female)

NB: No

NB: Please let me get your photos

Bree: I don't have other ones. What do you want?

NB: Any photos of you

Bree: I just sent you one the only other one I have. I lost what I had when my old computer broke

Bree: Are you mad?

Bree: I'm going to my friends. I'll ttyl Bye (smiley face emoji)

NB: No beautiful let me know when you're home alone

NB: Thanks

Bree: I'm home but sleepy

NB: Ok beautiful thanks

Bree: Did you want something?

NB: Yes your pussy

Bree: Soon hehe. What do you have for me?

NB: I can get you a phone

Bree: Really!!!!!

NB: Yes beautiful

Bree: Thank you soooooo much

> NB: Your're welcome! Just let me know when you're alone and where to find y5
>
> Bree: Ok. I'm gonna go to sleep. Miss me!
>
> NB: I will beautiful
>
> NB: Sleep well sweet dreams

13. On April 14, 2019 the following conversation took place between "Bree" and Nathan Benedum II via email:

> NB: Hope you slept well and have a great day
>
> Bree: Hello
>
> NB: Hello beautiful how are you today
>
> Bree: I'm good. Do I just call you Nate? Is that what you go by?
>
> NB: Are you ever home alone beautiful
>
> NB: Yes, it is. Bree
>
> Bree: Ok hehe seems so formal lol
>
> NB: Would you let me know when you're home alone and maybe I can come over and keep you company
>
> Bree: I thought we were gonna meet Wednesday
>
> NB: Where do you want to meet?
>
> Bree: Can you pick me up or do you want uncle Ron there
>
> NB: Tell me where to meet just you
>
> Bree: Maybe McDonald's. It's not far
>
> NB: Yes I know where it is I can see it from work
>
> Bree: You work in Canton?
>
> NB: Yes, I do.
>
> Bree: What's it called
>
> Bree: It don't matter I prob wouldn't know anyhow hehe
>
> NB: Don't need the police involved

Bree: Huh

NB: Ok beautiful we can meet at McDonald's

Bree: Why would you say that

Bree: My break for Easter is next week so I hope I can get out early Wednesday

NB: That would be nice

Bree: You working?

NB: Yes beautiful

Bree: I'm sry I'll leave you alone for now

NB: Ok beautiful wish you had some photos

Bree: Only one way for you to get some

NB: Ok beautiful

NB: Hope everything is ok with you and the storm's

Bree: I'm ok. Thanks for thinking of me (smiley face emoji)

NB: Yes beautiful I am thinking about you and how good you look

Bree: (three smiley face emojis)

NB: I really wish you had more photos

Bree: Do you?

NB: Yes beautiful I do

Bree: Really

NB: Yes I'm very serious

Bree: Better than you showed me

NB: Anything you want me to see

Bree: You plan on seeing it all don't u hehe

NB: Anything you show me I will like

Bree: What else do you have to show me

NB: What do you want to see

NB: Well?

Bree: I want to see everything hehe

NB: Please show me your photos

Bree: I wish I had more to show you (sad face emoji)

NB: Just jacking me around tells me your not who you say you are

Bree: That's not true

Bree: How am I jacking you around

NB: Do you have Google hangouts

NB: I guess goodnight beautiful

Bree: No I don't. Why are you being mean to me?

Bree: I guess I will talk to you tomorrow

NB: I'm not beautiful

NB: Don't ever say that please

Bree: I think you're handsome (smiley face with hearts emoji)

Bree: Say what

NB: Your so beautiful

Bree: I feel like you hate me

NB: Do you have Google hangouts

NB: No I don't hate you

NB: Guess I pissed you off

Bree: No. Just seems like you're upset with me

NB: No contact me on Google hangouts

Bree: I've never used that

Bree: Is that an app or can I get it on my computer

Bree: I'm gonna go to bed. Can we talk tomorrow

NB: Ok I will get you a phone

14. On April 15, 2019 the following conversation took place between "Bree" and Nathan Benedum II via email:

Bree: Just saw your email from last night. Yeaaaaaa!!!! Thank u

NB: What is your address

NB: Hope you have a great day in class

Bree: Just wanted to say hi. I have to run to an appointment with my mom

NB: Ok beautiful have a great afternoon

Bree: I can't wait to c u

NB: I feel the same way

Bree: Do you work Wednesday

NB: No

Bree: Yea!!! When do you want to meet

NB: After you get out of school

Bree: I think I'm gonna leave early

NB: Ok beautiful

Bree: When are u free? Can you pick me up?

NB: We can meet at McDonald's and go from there

Bree: K. Thought maybe you could pick me so I didn't have to ride the bus

NB: Don't you live on duber

Bree: Yes by 9th street

NB: Ok beautiful

Bree: Are you mad at me

NB: No beautiful just finishing my work

Bree: Oh I'm sry. I will talk to you tomorrow. I'm sleepy

NB: Ok beautiful sleep well and sweet dreams

15. On April 16, 2019 the following conversation took place between "Bree" and

Nathan Benedum II via email:

> NB: Good morning beautiful hope you have a great day
>
> Bree: Good morning. Think about me at work today (smiley face emoji)
>
> NB: I already am just drove down duber
>
> NB: Think I will do McDonald's for lunch
>
> Bree: Did you do McDonald's without me (sad face emoji)
>
> NB: Did not hear back from you so did not go
>
> Bree: I thought that was for tomorrow
>
> NB: Yes we will meet there tomorrow
>
> Bree: I'm gonna leave school around 12. When do you want to meet
>
> NB: Let's say 2
>
> Bree: I'm so excited (face with heart eyes emoji)
>
> NB: Yes I am
>
> Bree: Are you still working
>
> Bree: Hi
>
> Bree: Did you forget about me (sad face emoji)
>
> NB: Never beautiful
>
> Bree: You weren't answering me. Guess u were just busy (smiley face emoji)
>
> Bree: I can't wait to see u tomorrow
>
> Bree: Good night

16. On April 17, 2019 the following conversation took place between "Bree" and Nathan Benedum II via email:

      Bree: Good morning

      NB: Have a great day

      Bree: I'm home (smiley face emoji)

      NB: Please come to hangouts so we can talk about tonight

      Bree: I thought we were meeting at 2

      Bree: How do I find you on hangouts

17. On April 17, 2019 the following conversation took place between "Bree" and Nathan Benedum II on Google Hangouts:

      NB: Please come to hangouts

      Bree: Hi

      NB: I need you

      Bree: You will have me shortly (blushing face with hearts emoji)

      NB: May I please get a photo of you

      Bree: I sent you all I have wish I had more (sad face emoji)

      NB: Never mind then

      Bree: What do u mean

      Bree: I thought you wanted me

      NB: If I don't know what you look like how do il

      Bree: The real me is better

      Bree: You have my picture

      NB: I have not got

      Bree: (sent face picture of female with blonde hair)

      NB: Ok how many police will be involved

      Bree: What are u talking about. Am I in trouble

      NB: No I don't want to go to jail being with you

      Bree: I won't tell it will be our secret. That's why I waited till my mom is

       gone I don't want to be in trouble

NB: Ok beautiful

NB: What is your real address

Bree: We can pretend your my dad if you pick me up at McDonalds

NB: Ok

Bree: 920

NB: Show me your pussy

Bree: I don't have a camera

NB: (sent an image of a penis)

Bree: Come see me

NB: I'm nervous about this

Bree: Me to but don't you want to see me

NB: Yes

Bree: Are you close. We can meet somewhere you pick

NB: Let me take a shower and head to canton

NB: I'm in Massillon!

Bree: Are u gonna come (smiley face emoji)

NB: Yes

Bree: What should I wear

NB: Any thing

NB: Good

Bree: K let me know when ur coming so I can get to McDonald's or r u gonna pick me up at home

NB: By. The way the police are here to pick me up tg

Bree: What

NB: Thanks

Bree: For what

Bree: R u ok

NB: I have had police in my face did you c

NB: Call. Them

Bree: I don't call anyone I'm waiting for u

Bree: R u there

NB: I'm going to shower beautiful

Bree: Your scaring me. What's happening

NB: I'm just making sure I'm not going to be in jail

Bree: Your freakin me out

NB: Ok I will stay home

Bree: That's not what I meant I just didn't understand

NB: Sorry find someone else to arrest

Bree: OMG

NB: I wish you were real

Bree: I am real

Bree: Why are you saying that

NB: I'm going to shower now

Bree: So what are u doing. Are u coming

NB: Yes just wanted to clean up

Bree: K I'll c u at McDonalds?

NB: Tds tailgate grill

Bree: Where's that

NB: Tusc and Harrison

Bree: What else is there

NB: On my w9

Bree: K googled it. Is it by the drug store?

Bree: Won't be able to talk when I leave the house

NB: On my way there now should be there by 3

Bree: K c u there

NB: Ok

Bree: (winking face blowing a heart kiss emoji)

18. On April 17, 2019 at 3:08pm Benedum II sent a message via Google Hangouts while it was not being monitored by affiant stating "I'm there". A 3:12pm he sent another message stating "Thanks".

19. On April 17, 2019 SA Julie Haymond and FBI Task Force Officer Todd Gillilan were conducting surveillance inside TDs Tailgate Grill in Canton, Ohio. At that time they observed an individual they believed to be Benedum II enter the establishment.

20. Affiant then entered the establishment and verified the identity of Benedum II while he was sitting in the patio area. Benedum II was then taken into custody on state charges.

21. Immediately upon coming into contact with Benedum II and advising him he was under arrest he stated multiple times that he was guilty. Benedum II was then transported to the Canton Police Department to be interviewed.

22. Benedum II was provided the Miranda Warning and stated he wished to speak with investigators. He stated that he was guilty and was the individual with which affiant had been chatting.

23. Benedum II stated he was aware that the "female" he had been chatting was 13 years of age and that he was just looking for something other than what was out there.

24. Benedum II also provided affiant with his cellular phone and stated it was the device with which he was communicating with affiant. He also provided written consent permitting a search of the cellular phone.

25. A search of the device revealed the same penis images which were sent during the chat and email sessions.

## CONCLUSION

26. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that Nathan Benedum II knowingly has engaged in activity constituting a violation of Title 18 U.S.C. Section 2422(b) in that he knowingly used a facility and means of interstate commerce to attempt to persuade, induce and entice a minor to engage in sexual activity for which Nash could be charged with a criminal offense. I am submitting this affidavit in support of an arrest warrant authorizing the arrest of Nathan Benedum II of Erie Street South in Massillon, Ohio.

_____
Bryan J. Allen
Task Force Officer
Federal Bureau of Investigation

Sworn and subscribed before me this 26th day of April, 2019.

_____
Kathleen B. Burke.
UNITED STATES MAGISTRATE JUDGE